**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| A.O.R.P., | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 7:26-CV-152 (LAG) |
| Warden, IRWIN COUNTY DETENTION CENTER, | : | |
| Respondent. | : | |

## ORDER

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is **DISMISSED**.

**SO ORDERED**, this 28th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**